UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
November 19, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Spencer Ogden, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3705 |
| | § | |
| 6Cats International Limited, | § | |
| | § | |
| Defendant. | § | |

## Order to Move

1.   By December 21, 2020, the parties must move for summary judgment.

2.   By December 31, 2020, the parties must respond.

Signed on November ___19___, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge